# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                    Magistrate No. ___22-1008___

        v.

AFZAL PASOON

      The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

      IT IS on this ___5th___ day of _____January_____, 2021

      ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

               /s/ Matthew J. Skahill
               HONORABLE MATTHEW J. SKAHILL
               UNITED STATES MAGISTRATE JUDGE